IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WYNTON WELLS, | ) | Filed:: APRIL 16, 2008 |
| *Plaintiff,* | ) | 08CV2181 J. N. |
| | ) No. | JUDGE HART |
| -vs- | ) | MAG. JUDGE KEYS |
| | ) | *(jury demand)* |
| CITY OF CHICAGO, | ) | |
| P.O. LOUIS SILVA, #11198 | ) | |
| and P.O. ROBERT SPIEGEL, #12661, | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Wynton Wells is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation. Plaintiff invokes the supplemental jurisdiction of this Court to assert an indemnification claim against the City and does not assert any federal claim against the municipality.

4. Defendants Louis Silva, #11196 and Robert Spiegel, #12661 were at all times relevant acting as Chicago police officers.

5. On February 16, 2008, defendants Silva and Spiegel arrested plaintiff.

6. Neither defendant Silva nor defendant Spiegel had a lawful basis to arrest plaintiff.

7.  As the direct and proximate result of the above described acts, plaintiff was held at the Cook County Jail until March 5, 2008 when all criminal charges against plaintiff were dismissed.

8.  Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of twenty two thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman
_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*