**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Wynton Wells<br>   -vs-<br>City Of Chicago, P.O. Louis Silva #11198, P.O. Robert Spiegel #12661 | Case Number: 07 CV 2814<br>Filed:: APRIL 16, 2008<br>08CV2181 J. N.<br>JUDGE HART<br>MAG. JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| **NAME (Type or print)**<br>Kenneth N. Flaxman | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Kenneth N. Flaxman | |
| **FIRM**<br>Kenneth N. Flaxman P.C. | |
| **STREET ADDRESS**<br>200 S Michigan Ave., Ste 1240 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>08830399 | **TELEPHONE NUMBER**<br>(312) 427-3200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐