## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2181   Assigned/Issued By: j. n.

Judge Name: hart   Designated Magistrate Judge: keys

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2700969

Date Payment Rec'd: 4-16-08   Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____
     *(Type of Writ)*                  *(Type of issuance)*

3 Original and 0 copies on 4-16-08 as to all defendants
                          *(Date)*