FILED   HHN

JUN 2 5 2008
6-25-2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES DISTRICT COURT,
JUDGE WILLIAM T. HART

| | |
|---|---|
| WYNTON WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 2181 |
| ) | |
| CITY OF CHICAGO, P.O. LOUIS SILVA ) | Judge Hart |
| #11198, P.O. ROBERT SPIEGEL # 12661, ) | |
| ) | Magistrate Judge Keys |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Kenneth N. Flaxman
Attorney for plaintiff,
Wynton Wells
200 S. Michigan Ave., Suite 1240
Chicago, Illinois 60604
(312) 427-3200
Attorney No. 08 30399
Date: 5/30/08

Liza M. Franklin
Chief Assistant Corporation Counsel
Attorney for defendants,
Louis Silva and Robert Spiegel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088
DATE: _____

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088
DATE: _____

08 C 2181