Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2181 | DATE | 6/25/2008 |
| CASE TITLE | Wynton Wells vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, this case is dismissed with prejudice and with each party bearing its own costs and attorneys' fees. Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|

2008 JUN 26 PM 2:52

FILED