IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WYNTON WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 2181 |
| ) | |
| CITY OF CHICAGO, P.O. LOUIS SILVA ) | Judge Hart |
| #11198, P.O. ROBERT SPIEGEL # 12661, ) | |
| ) | Magistrate Judge Keys |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Wynton Wells, by one of his attorneys, Kenneth N. Flaxman, and defendants, Louis Silva and Robert Spiegel, by one of their attorneys, Liza M. Franklin, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Wynton Wells, against defendant(s), City of Chicago, Louis Silva and Robert Spiegel, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088

ENTER: _____
The Honorable William T. Hart
United States District Judge

DATED: 6/25/08